# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

--------------------------------------------x
Stephen A. Hall
    -Plaintiff-
  V.                               Civil Action No.:_____

Lt. Abbigale Wild, Lt. Gahn, Sheriff
Eric Severson, CO.'S: Belling, Miller, Bach,   Complaint
Reuter, L. Johnson, Wynne, Pendley,
Chmielewski, Glazier, and John Doe,
Nurses Jane Doe #1 & #2
    -Defendants-
--------------------------------------------x

# COMPLAINT WITH JURY DEMAND

## Introduction

This is a Civil Right Complaint/action filed by Stephen A. Hall, a State prisoner, for damages, declaratory, and injunctive relief under 42 U.S.C. §1983; alleging: excessive use of force; forced medical care in violation of the 14th Amen. and 8th Amen. to the United States Constitution; as well as confinement in a cell that also violates the 8th Amen. to the United States Constitution and Wisconsin State law. The plaintiff also alleges the torts of assault and battery negligence, and failure to intervene.

## Jurisdiction

1. The Court has jurisdiction over the plaintiff's claims or violation of Federal Constitutional rights under 42 U.S.C §§ 1331(1) and 1343.

2. The Court has supplemental jurisdiction over the plaintiff's state law tort claims under 28 U.S.C. §1367

## Parties

3. The plaintiff, Stephen A. Hall, was incarcerated at Waukesha County Jail at the time of these events, described in this complaint. He is now incarcerated at Waupun Correctional Institution.

4. Defendant, Eric Severson (Sheriff) is the Sheriff of Waukesha County. He is sued in his individual capacity.

5. Defendant, Lieutenant Abbigale Wild is and was at all times a Correctional lieutenant at Waukesha County Jail (WCJ) She is sued in her individual capacity.

6. Defendants, Lieutenant Gehn is and was at all times a correctional lieutenant at WCJ. She is sued in her individual capacity.

7. Defendants, Mathew Belling, Gregg Miller, Alexander Roch, L. Johnson, Reuter, Wynne, Pendley, Chmielewski, Glazier, and John Doe is and was at all times correctional officers employed at WCJ. They are sued in their individual capacities.

8. Defendants, Jane Doe #1 and Jane Doe #2 is and was at all times nurses at WCJ. They are sued in their individual capacities.

9. All the defendants have acted and continue to act, under color of state law at all times relevant to this complaint

# Facts
## Denial of Due Process
### The Right to refuse Medical Care

10. On November 10, 2021 the Plaintiff had just come back from the hospital at ~4pm. A female correctional officer (C.O.) came to Hall's cell, stating he needs to come with her for a Medical Assessment by the nurse. Hall refused the medical care (as he had a Constitutional right to) because he felt fine, and stated so.

11. The C.O. returned with Lt. Wild who immediately started screaming profanities, after he again refused treatment (medical.) She (Lt. Wild) said things like "Pack your fucking Shit Hall!"... "Niggers like you don't deserve to live."

12. After threatening to use force to bring Hall to medical, she left and returned with CO.s: Belling, Miller, Roach, Reuter, L. Johnson, Pendly, Chmielewski, Glazier & Wynne.

## Misuse of Force

13. After Hall explained a third time that he had the right to refuse medical attention, and felt fine, and that he had done nothing to warrant the penalogical interest needed to enter his cell; they again threatened to use force, and then rushed into Hall's cell using ASP Pads as Sheilds.

14. Hall had his hands in the air but lower them straight ahead to block CO. Belling momentus force, He lost his balence. CO. Roach then charged Hall pushing him into the wall knocking Hall's glasses off. CO. Belling charged Hall then secured his arm, CO. Roach had the other (L) arm. Lt. Wild then ran in, yelling "Tazer, Tazer, Tazer!" Shooting Hall in the chest.

15. At this time it was known that Hall had a heart condition. Hall fell to the ground, and was punched, kicked, & struck several times. Hall's arm's & legs were manacled as the other CO.s: Miller, Reuter, L. Johnson, Pendly, Chmielewski, Glazier, & Wynne either filed into the cell and joined in the continued beating, kicking, and twisting of Hall's wrist & ankles, or stood watching, and failing to intervene as the beating continued as Hall screamed in pain.

16. In the midst of the plaintiff basically being tortured, one of the CO's put their boot on Hall's face, kicking which caused a rough abbression on the side of his due to it being scraped on the textured floor. The CO then knelt on the side of Hall's head & pressed his thumb deeply into the nerve line behind his ear lobe near the beginning of Hall's jawline. This caused Hall to scream and jerk even more.

17. Hall then heard a female voice, who is believed to be Lt. Wild say "Thought your ass was untouchable, huh. Well this is what we do to smart asses like you around here."

18. Two male CO.'s grabbed either of Hall's arms telling him to get, pulled him up from a face down position. Hall was in extreme pain and could not walk and collapsed. They picked him up again bending both his wrists at extreme degree, saying "I said fucking walk nigger." All Hall could do is scream in agonizing pain.

19. Four of five guards/CO's eventually carried Hall on their shoulders down the stairs. One male CO holding his shoulder whispered "Move and I'll fucking drop you."

20. Hall was placed in a restraint chair with no resistance yet Lt. Wild ground her boots into Hall's bare feet, as he screamed. Hall was then placed in cell GH2

21. During these events Hall did not resist or threaten the officer in any fashion or break any prison & jail rules. Defendants Wild, Miller, Belling, and Roach have repeatedly engaged in excessive force against inmates in the past.

22. Hall was left in cell GH2 for ~30 mins, while screaming of chest, shoulder, head, ankle, and all around pain. Nurse Jane Doe #1 came in with several CO.s looked at Hall, said "he's fine" and left. Hall continued to scream and ~20 mins later the nurse Jane D. #1 came in had the CO.s transition his arm to the front, as someone from behind Hall slammed his head downward causing an intense amount of pain and pressure to be applied to his neck. This was wholly

unnecessary as Hall showed no sign of resistance.

23. The nurse & C.O.'s left, but Hall kept screaming that he needed to go to the hospital as he was bleeding from the nose, mouth, chest, and from the abrassions throughout his body. About 20 mins later nurse Jane Doe #1 & #2 and several CO's and Lt. Wild come back to the observation/holding cell GH2

24. The nurses began to try & take his vitals, and Lt. Wild slams his head downward from behind with her hands causing intense pain as she says "Stop resisting." Hall tells everyone to "get the hell off" but they continue for a couple mins then stop. This happens to the plaintiff at least 2 more times.

25. Hall is taken to the hospital where several xrays were taken, pain medication dispenced and wounds cleaned and bondaged. At this time Hall exhibited swelling on his face and other body parts, and had a black eye.

## Cruel and Unusual Punishment

26. Hall is taken back to W.C.J. and thrown into a padded cell by Lt. Gahn, CO. John Doe and 6 or 7 other CO's. As Hall was asking the Lt. Gahn through the tray shoot for things like a shirt, shoes, sheets or blanket, a bed, and to use the toilet, and turn on the heat as it was freezing cold that winter night. CO John Doe #1 pulled Halls hand and cuffed it to the door handle without double locking it and walked off, ignoring Hall pleas to use the bathroom, etc.

27. The cuffs got so tight they pretty much cut off the circulation in Halls hand peircing/cutting into his skin. After yelling for ~20 mins they come back uncuffed Hall and locked the tray shoot.

28. Hall noticed a strong odor of urine, sticky substances and filth on the floor. Hall continued to ask to use the bathroom, and was not let out to do so. Hall then urinated and defecated in the corner, and had to sleep in the same cold and smelly cell. After telling the CO. doing rounds he defecated in the corner and need cleaning supplies. None were given.

29. Hall was eventually let out of the padded cell the next day at 3pm. Hall was placed in the padded cell at ~10:30pm 1/10/21. Hall was then placed in another (standard) cell. He was placed in AdSeg-Shower protocol. This meant Hall was locked into his cell 24 hrs a day for ~30 days with no time out for exercise or recreation and only let out for showers 2-3 times week which is a violation of Due process & Wisc. Stat. § 302.40

## Exhaustion Of Administrative Remedies

30. The plaintiff has exhausted administrative remedies with respect to all claims and all defendants.

## Claims For Relief

31. The actions of defendants Lt. Wild, C.O.: Belling, Wynne, Miller, Rach, Johnson, Reuter, Chmielewski, Pendly & Glazier in using physical force against the plaintiff without need or provocation, or in failing to intervene to prevent the misuse of force, were done maliciously and sadistically constituting cruel & unusual punishment in violation of the U.S. Constitution; and the tort of assault & battery under Wisconsin law.

32. The actions of defendants Lt. Wild, C.O.: Belling, Wynne, Miller, Rach, Johnson, Reuter, Chmielewski, Pendley, Glazier, Nurse Jane Doe #1 & 2 in using physical force to force a medical assessment constituted violation of the Right to Refuse Medical care protected by the Due Process of the 14th Amen. of the U.S. Constitution.

33. The defendant Sheriff Eriz Severson is responcible for the care of prisoners and jail conditions pursuant to Wis Stat. § 302.37.

34. The failure of Lt. Gahn & CO. to double lock plaintiff's handcuffs and refusing to provide cloths, bedding, heat, a toilet, and clean cell etc. constitute cruel & unusual punishment in violation of the 8th Amen. of the U.S. Constitution.

35. The failure of defendants Lt. Wild, CO: Belling, Wynne, Miller, Roach, Johnson, Reuter, Chmielewski, Pendley & Glazier to follow several promulgated policies, such as: §302.384 (The procedure if prisoner refuses appropriate med. care), DOC §311.10 (medical placement) and others like using a camera during a cell extraction constitutes the tort of negligence under Wisconsin law.

## Relief Requested

WHEREFORE, plaintiff request that the court grant the following relief:

A. Issue a declaratory judgement stating that:
  1. The physical abuse of the plaintiff by defendants: Lt. Wild, CO: Miller, Roach, Belling, Reuter, Johnson, Wynne, Pendley, Chmielewski & Glazier violated the plaintiff's rights under the 8th Amen., 14th Amen., to the U.S. Constitution, as well as an assault & battery, and negligence by violating promulgated policies under the law of Wisconsin.
  2. The actions of the defendants: Lt. Wild, CO: Miller, Roach, Bellings, Reuter, Johnson, Wynne, Pendley, Chmielewski, Glazier, Nurse: Jane Doe #1 & 2 violated the plaintiff's right under the 14th Amen. to refuse medical care & treatment.

B. Issue an injunction ordering defendants Eric Severson & his agents to:
  1. Immediately submit to an investigatory probe of Waukesha County Jail by the Wisconsin D.O.J. related to the claims brought forward in this complaint.
  2. Order the Justice Department to review this complaint.
  3. Plaintiff also requests this case be heard by a jury.

C. Award compensatory damages in the following amounts:
  1. $10,000,000 jointly & severally against defendants: Lt. Wild, CO: Belling, Roach, Miller, Reuter, Johnson, Pendley, Wynne, Chmielewski, & Glazier for the physical & emotional injuries sustained as a result of the plaintiff's beating.

2. $3,000,000 jointly and severally against defendants Lt. Gahn, and CO John Doe for the punishment including deprivation of liberty and amenity and emotional and physical injury. ~~from~~

3. $2,000,000 jointly and severally against defendants Lt. Wild, Nurse Jane Doe #1 & 2 for denying his right to refuse medical care, by force which caused further physical & emotional injury to the plaintiff.

D. Award Punitive damages in the following amounts:
1. $100,000 each against defendants Lt. Wild, CO.: Belling, Miller, Rach, Reuter, Johnson, Pendley, Wynne, Chmielewski, and Glazier.
2. $110,000 each against Lt. Gahn, and CO. John Doe.
3. $50,000 each against Nurse Jane Doe #1 & 2
4. $200,000 against Sheriff Eric Severson.

E. Grant such relief such as recovery for any and all costs in this suit, and any additional relief this court deems just, proper & equitable.

## VERIFICATION

Pursuant to 28 USC. 1476 I read the foregoing Complaint and I verify the above is true & correct as to matters alleged upon information & belief.

Executed at Waupun Correctional Institution.
Dated: September 8, 2021

Respectfully Submitted,
Stephen A. Hall --- Waupun Corr. Inst. - P.O. Box 351 -- Waupun, WI 53963-0351

*SH.* 09/08/21